# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1714
Lower Tribunal No. 14-15501

————————

**J.R., the Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Law Offices of Roger Ally, P.A., and Roger Ally (Hollywood), for appellant.

Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for appellee Guardian ad Litem; Karla Perkins, for appellee Department of Children and Families.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.